**PERMANENT RESIDENT CARD**

NAME ANJUM, GHULAM S

INS A# 079-683-467

Birthday

03/

Sex M

Country of Birth
Pakistan

CARD EXPIRES 10/04/03

Resident Since 10/04/01

```
C1USA0796834677LIN0119950768<<
         M0310044PAK<<<<<<<<<<7
ANJUM<<GHULAM<SARWAR<<<<<<<<<<
```



EXHIBIT A

# THE UNITED STATES OF AMERICA

| NOTICE OF ACTION | RECEIPT NUMBER LIN-03-283-C0013 | NOTICE DATE July 10, 2003 | PAGE 1 of 1 |
|---|---|---|---|
| CASE TYPE I751 Application to remove conditional residential status | | RECEIPT DATE July 10, 2003 | |
| PETITIONER GHULALM ANJUM | | FILE NUMBER A 79683467 | |
| BENEFICIARY | | FILE NUMBER | |

G. ANJUM

2825 BELLWOOD AVENUE
BEXLEY          OH
                43209

Receipt Notice

RECEIVED    $145.00 IN THE FORM
OF PERSONAL CHECK    AND

RECEIVED    $145.00 IN THE FORM OF PERSONAL CHECK    AND
from: GHULAM ANJUM.

Your alien card is extended 1 year - employment & travel authorized. Processing your form will require a minimum of 6 months. If you have not heard from us within 8 months, then you may contact this office

You will be notified separately about other applications or petitions you filed. Please save this notice for your records.
Please enclose a copy of it if you have to write to us about this case, or if you file another application based on this decision.
If you have any questions concerning your case, please call us at    Our address is:
IMMIGRATION & NATURALIZATION SERVICE
NEBRASKA SERVICE CENTER
PO BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: (402) 437-5218

1-800-375-5283    LIN-03-283-00013 Please see additional information



EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>January 06, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | INS A#<br>A 079 683 467 |
| APPLICATION NUMBER<br>LIN*000715556 | RECEIVED DATE<br>October 26, 2004 | PRIORITY DATE<br>October 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
GHULAM SARWAR ANJUM
c/o MR HAQ
# 3380
3380 GREEN MEADOWS STREET
COLUMBUS OH 43207

Please come to:
INS COLUMBUS SATELLITE
50 WEST BROAD STREET
LEVEQUE TOWER, SUITE 306
EXAMINER 1
COLUMBUS OH 43215
On (Date): Thursday, March 24, 2005
At (Time): 01:40 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
50 WEST BROAD STREET
COLUMBUS OH 43215-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY



EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Interview Descheduled by INS | | | NOTICE DATE<br>January 12, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 079 683 467 |
| APPLICATION NUMBER<br>LIN*000715556 | RECEIVED DATE<br>October 26, 2004 | PRIORITY DATE<br>October 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
GHULAM SARWAR ANJUM
c/o MR HAQ
# 3380
3380 GREEN MEADOWS STREET
COLUMBUS OH 43207

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on Thursday, March 24, 2005    at 01:40 PM   for the above applicant. We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
50 WEST BROAD STREET
COLUMBUS OH 43215-

**INS Customer Service Number:**
(800) 375-5283

FEB 22 2005 -6:00 AM 2227



Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>February 02, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | INS A#<br>A 079 683 467 |
| APPLICATION NUMBER<br>LIN*000715556 | RECEIVED DATE<br>October 26, 2004 | PRIORITY DATE<br>October 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
GHULAM SARWAR ANJUM
3380 GREEN MEADOWS ST
COLUMBUS OH 43207

Please come to:
INS COLUMBUS SATELLITE
50 WEST BROAD STREET
LEVEQUE TOWER, SUITE 306
EXAMINER 1
COLUMBUS OH 43215
On (Date): Thursday, April 27, 2006
At (Time): 10:30 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
50 WEST BROAD STREET
COLUMBUS OH 43215-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY



Department of Homeland Security
U.S. Citizenship and Immigration Services
Case: 2:06-cv-00319-GCS-MRA Doc #: 12-1 Filed: 04/03/07 Page: 6 of 14 PAGEID #: 108

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Interview Descheduled by INS | February 06, 2006 |

| CASE TYPE | INS A# |
|---|---|
| N400    Application For Naturalization | A 079 683 467 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| LIN*000715556 | October 26, 2004 | October 26, 2004 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
GHULAM SARWAR ANJUM
3380 GREEN MEADOWS ST
COLUMBUS OH 43207

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on Thursday, April 27, 2006    at 10:30 AM    for the above applicant. We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
50 WEST BROAD STREET
COLUMBUS OH 43215-

INS Customer Service Number:
(800) 375-5283





U.S. Department of Homeland Security

U.S. Citizenship and Immigration Services

| U.S. Citizenship and Immigration Services<br>www.uscis.gov<br>1-800-375-5283 | Nebraska Service Center<br>Po Box 82521<br>Lincoln, Ne 68501 |
|---|---|

Ghulam Anjum
3380 Green Meadows St
Columbus, Oh 43207

Dear Ghulam Anjum:

On 05/05/2005 you, or the designated representative shown below, contacted CIS about your case. Some of the key information given to us at that time was the following:

**Person who contacted us:** ANJUM, GHULAM
**Caller indicated they are:** APPLICANT/PETITIONER
**Attorney Name:**
**Case type:** I-751 REMOVE CONDITIONS-RES
**Filing date:** 07/10/2003
**Receipt #** LIN0328300013
**Beneficiary** (if you filed for someone else)
**Your CIS Account Number** 079683467
**Type of Service Requested** CASE STATUS

We received your Form I-751 petition on 07 10 03. The case is still pending.

Address changes cannot be made on I-751 petitions without a signature by the conditional resident. Please send your change of address request to Nebraska. Please indicate who the change of address is for, i.e. both the spouse and the conditional resident or just one of the parties involved. Please include signatures of the parties involved. We would need the United States Citizen's signature if the address is to be updated for them also. Please send your address change to:

NEBRASKA SERVICE CENTER
ATTN I-751 CHANGE OF ADDRESS TEAM
P O BOX 87865
LINCOLN NE 68501

CLW 029 05 10 05



EXHIBIT D

U.S. Department of Homeland Security

**U.S. Citizenship and Immigration Services**

| U.S. Citizenship and Immigration Services<br>www.uscis.gov<br>1-800-375-5283 | Nebraska Service Center<br>Po Box 82521<br>Lincoln, Ne 68501 |
|---|---|

Ghulam Anjum
3380 Green Meadows St
Columbus, Oh 43207

Dear Ghulam Anjum:

On 05/17/2005 you, or the designated representative shown below, contacted CIS about your case. Some of the key information given to us at that time was the following:

**Person who contacted us:** ANJUM, GHULAM
**Caller indicated they are:** APPLICANT/PETITIONER
**Attorney Name:** ,
**Case type:** I-751 REMOVE CONDITIONS-RES
**Filing date:** 07/10/2003
**Receipt #** LIN0328300013
**Beneficiary** (if you filed for someone else) , ,
**Your CIS Account Number** 079683467
**Type of Service Requested** CHANGE OF ADDRESS

Address changes can not be made on **I-751** petitions without a signature by the Conditional Resident. We would
need the United States Citizens signature if the address is to be updated for them also. Please send your address change to:
NEBRASKA SERVICE CENTER
PO BOX 87865
LINCOLN NE 68501
If you have any further questions, please call the National Customer Service Center at 1-800-375-5283
Sincerely,
Syb/iio/051805

U.S. Department of Homeland Security



**U.S. Citizenship and Immigration Services**

| U.S. Citizenship and Immigration Services<br>www.uscis.gov<br>1-800-375-5283 | Nebraska Service Center<br>Po Box 82521<br>Lincoln, Ne 68501 |
|---|---|

Ghulam Anjum
3380 Green Meadows St
Columbus, Oh 43207

Dear Ghulam Anjum:

On 05/27/2005 you, or the designated representative shown below, contacted CIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | ANJUM, GHULAM |
| **Caller indicated they are:** | APPLICANT/PETITIONER |
| **Attorney Name:** | , |
| **Case type:** | I-751 REMOVE CONDITIONS-RES |
| **Filing date:** | 07/10/2003 |
| **Receipt #** | LIN0328300013 |
| **Beneficiary** (if you filed for someone else) | , , |
| **Your CIS Account Number** | 079683467 |
| **Type of Service Requested** | CHANGE OF ADDRESS |

Re: I-751 address change

Address changes can not be made on I-751 petitions without a signature by the conditional resident. Please send your change of address request to Nebraska. Please indicate who the change of address is for, i.e. both the spouse and the conditional resident or just one of the parties involved. Please include the signatures of the parties involved. We would need the United States Citizens signature if the address is to be updated for them also.
Please send your address change to:

Nebraska Service Center
Attn: I-751 Change of Address Team
PO Box 87865
Lincoln NE 68501

*[signature]*

Evelyn M. Upchurch
Acting Director
NSC/WDS/CR
5-31-05



U.S. Citizenship
and Immigration
Services

| U.S. Citizenship and Immigration Services<br>www.uscis.gov<br>1-800-375-5283 | Nebraska Service Center<br>Po Box 82521<br>Lincoln, Ne 68501 |
|---|---|

Ghulam Anjum
3380 Green Meadow St
Columbus, Oh 43207

Dear Ghulam Anjum:

On 06/09/2005 you, or the designated representative shown below, contacted CIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | ANJUM, GHULAM |
| **Caller indicated they are:** | APPLICANT/PETITIONER |
| **Case type:** | I-751 REMOVE CONDITIONS-RES |
| **Filing date:** | 07/10/2003 |
| **Receipt #** | LIN0328300013 |
| **Your CIS Account Number** | 079683467 |
| **Type of Service Requested** | CASE STATUS |

The status of this service request is: Service records show that the N-400 is pending, because you cannot become a US Citizen until the Conditional status has been removed. We also need your new address. Send the attached AR-11 to the Nebraska Service Center, and both the US Citizen and the Conditional Resident must sign this form.

### The I-751 form is still pending waiting for a security check.
### Security Checks of Immigration Benefit Applications

In processing applications for immigration benefits, United States Citizenship and Immigration Services is making national security our top priority. USCIS has added security checks to the processing of all applications to help ensure that those who receive immigration benefits have come to join the American people in building a better society and not to do harm to them. But whatever short-term impact these additional checks will have on processing will not interfere with the Administration's long-term goal of eliminating processing backlogs and meeting a six-month processing standard for all immigration benefit applications. The employees of USCIS are committed to address our nation's security needs while also maintaining our country's openness to those who seek the freedom and opportunity that the United States has to offer.

Sincerely,
NSC/bf/212



U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

Wednesday, July 27, 2005

GHULAM S ANJUM
3380 GREEN MEADOWS ST
COLUMBUS OH 43207

Dear GHULAM S ANJUM:

On 07/26/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I751 |
| **Filing date:** | 07/10/2003 |
| **Receipt #:** | LIN-03-283-00013 |
| **Beneficiary (If you filed for someone else):** | ANJUM, GHULAM, S |
| **Your USCIS Account Number (A-number):** | A079683467 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
Leveque Tower
50 West Broad Street, Suite 304D
Columbus, OH 43215

 **U.S. Citizenship and Immigration Services**

Tuesday, October 25, 2005

GHULAM SARWAR ANJUM
3380 GREEN MEADOWS ST
COLUMBUS OH 43207

Dear GHULAM SARWAR ANJUM:

On 08/16/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 10/26/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ANJUM, GHULAM, SARWAR |
| **Your USCIS Account Number (A-number):** | A079683467 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Your pending case has been requested from the Service Center for local adjudication. Please make an InfoPass appointment if you do not receive a notice sixty days from this correspondence or you may call the customer care center at 1-800 375-5283.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
Leveque Tower
50 West Broad Street, Suite 304D
Columbus, OH 43215



U.S. Citizenship
and Immigration
Services

Thursday, January 5, 2006

GHULAM S ANJUM
3380 GREEN MEADOWS ST
COLUMBUS OH 43207

Dear GHULAM S ANJUM:

On 12/30/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 10/26/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ANJUM, GHULAM, S |
| **Your USCIS Account Number (A-number):** | A079683467 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Service records indicate this case is under extended review. You will be notified by mail regarding any future action regarding this case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Ohio AILA USCIS Inquiry Form

| Alien's Name: | | |
|---|---|---|
| Anjum | Ghulam | S. |
| (family name) | (first name) | (middle name) |

Other Names Used:

| A#: | Receipt#: | Date of Birth: | Country of Birth: |
|---|---|---|---|
| 79 683 467 | LIN-03-283-00013<br>LIN*000715556 | [redacted] | Pakistan |

| Type of Application: | Filing Date: |
|---|---|
| I-751/N-400 | 07/10/2003 (I-751)  10/26/2004 (N-400) |

| Where application was filed: | Responsible CIS Office: |
|---|---|
| LIN | ☐ CLEV   ☐ CINTI   X COLS |

**Nature of the Problem:** (Please do not submit status requests for cases still within reported processing times:

Interview for I-751 has been scheduled and canceled twice by USCIS (01/06/2005 canceled 01/12/2005 and 02/02/2006 canceled 02/06/2006). Mr. Ghulam has contacted USCIS several times and receives a different response every time with regards to his case – extended review, security check, pending case load at Nebraska, etc.

**Efforts to Address Problem and Result** (Please describe any contract with USCIS or other efforts to resolve issue and the results.):

Mr. Ghulam has contacted USCIS several times and receives a different response every time with regards to his case – extended review, security check, pending case load at Nebraska, etc.

| Attorney's Name and Address: | Telephone: |
|---|---|
| Douglas S. Weigle, Esq.<br>BARTLETT & WEIGLE CO., L.P.A.<br>432 Walnut Street, Suite 1100<br>Cincinnati, Ohio 45202 | (513)241-3992 |
| | Fax:<br>(513)241-1816 |
| | E-Mail:<br>dweigle@bartlettlaw.com |
| | AILA Member#:<br>DSW 949 |

emailed 2/24/06