**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GHULAM ANJUM,**

      Plaintiff,                                  Civil Action No. 2:06-cv-00319

      v.                                          JUDGE SMITH
                                                    MAGISTRATE JUDGE ABEL

**MARK HANSEN, et al.,**

      **Defendants.**

STIPULATION OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO
PLAINTIFF'S AMENDED COMPLAINT

The parties hereby stipulate that Defendants, shall have until May 29, 2007 to file a responsive pleading to Plaintiff's Amended Complaint. This stipulated extension does not exceed 20 days and Defendants have requested no other stipulated extensions.

Respectfully submitted,

GREGORY G. LOCKHART,
UNITED STATES ATTORNEY

| | |
|---|---|
| s/Christopher R. Yates | s/Douglas S. Weigle/as per authorization |
| CHRISTOPHER R. YATES (0064776) | DOUGLAS S. WEIGLE (0000747) |
| Assistant United States Attorney | Bartlett & Weigle Co., L.P.A. |
| 303 Marconi Boulevard, 2nd Floor | 432 Walnut Street, Suite 1100 |
| Columbus, Ohio 43215 | Cincinnati, Ohio 45202 |
| (614) 469-5715 | (513) 241-3992 |
| Counsel for Defendants | Counsel for Plaintiff |

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Douglas Shaw Weigle, Esq., Attorney for Plaintiff.

                                        s/Christopher R. Yates
                                        CHRISTOPHER R. YATES (0064776)
                                        Assistant United States Attorney