UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GHULAM ANJUM, | ) | CASE NO. 2: 06 CV 00319 |
| | ) | |
| Plaintiff, | ) | JUDGE SMITH |
| | ) | MAGISTRATE JUDGE ABEL |
| -vs- | ) | |
| | ) | |
| MARK HANSEN, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## AGREED MOTION FOR CONTINUANCE

The parties hereby agree and respectfully submit a Motion for Continuance for the May 30, 2007, 9:00 a.m., preliminary pretrial conference and in support of said Motion would show the Court the following:

1. Plaintiff has recently been notified to appear for an interview on Plaintiff's Application for Naturalization. Pending the result of the interview the motion for Summary Judgment could become moot. Attached is a copy of the Request for Applicant to Appear for Naturalization Interview;

**WHEREFORE**, the Parties, request that this cause be reset for another Preliminary Pretrial Hearing at a later date.

Respectfully submitted,

/S/ Douglas S. Weigle
Douglas S. Weigle, Esq. (OH #0000747)
Attorney for Plaintiff, Ghulam Anjum
BARTLETT & WEIGLE CO. LPA
432 Walnut Street, Suite 1100
Cincinnati, Ohio 45202
(513) 241-3992

/S/Christopher Yates
Christopher Yates (0064776)
Assistant United States Attorney
303 Marconi Boulevard, 2nd Floor
Columbus, Ohio 43215
(614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christopher Yates, Attorney for Defendant.

/S/ Douglas Weigle
Douglas S. Weigle, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GHULAM ANJUM, | ) | CASE NO. 2: 06 CV 00319 |
| | ) | |
| Plaintiff, | ) | JUDGE SMITH |
| | ) | MAGISTRATE JUDGE ABEL |
| -vs- | ) | |
| | ) | |
| MARK HANSEN, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

Parties May 24, 2007 motion to continue the preliminary pretrial conference is GRANTED. The preliminary pretrial conference is rescheduled for _____ 2007 at_____.

_____
**United States Magistrate Judge Abel**




| Request for Applicant to Appear for Naturalization Initial Interview | | NOTICE DATE<br>April 13, 2007 |
|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | USCIS A#<br>A 079 683 467 |
| APPLICATION NUMBER<br>LIN*000715556 | RECEIVED DATE<br>October 26, 2004 | PRIORITY DATE<br>October 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
GHULAM SARWAR ANJUM
c/o CHAUDHRY NAJIB
2880 VALLEY GREEN DR
COLUMBUS OH 43207

Please come to:
INS COLUMBUS SATELLITE
50 WEST BROAD STREET
LEVEQUE TOWER, SUITE 306
EXAMINER 1
COLUMBUS OH 43215
On (Date):  Thursday, June 07, 2007
At (Time):  11:00 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the USCIS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces:
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
50 WEST BROAD STREET
COLUMBUS OH 43215-

**USCIS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

